Eric Marshall, Esq.
Nevada Bar No. 8847
MARSHALL INJURY LAW
3333 East Serene Avenue, Suite 120
Henderson, Nevada 89074
Telephone: (702) 489-5700
Facsimile: (702) 446-0092
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIDGETT BOWLING,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY dba USAA; a Foreign (Insurance) Corporation; GARRISON PROPERTY AND CASUALTY, a Foreign (Insurance) Corporation; DOES I through X; and ROE CORPORATIONS I through XX, inclusive;<br><br>　　　　　　　Defendant. | Case Number: 2:25-cv-00574-MDC<br><br>**(FIRST REQUEST)**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT GARRISON'S MOTION TO DISMISS PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION AND REQUESTS FOR PUNITIVE DAMAGES AND ATTORNEYS' FEES** |

　　　　Plaintiff, Bridgett Bowling ("Plaintiff"), and Defendant, Garrison Property and Casualty Insurance Company ("Defendant") have agreed to extend the time for the Plaintiff to response to Defendant's Motion to Dismiss Plaintiff's Second and Third Causes of Action and Requests for Punitive Damages and Attorneys' Fees for one week, from April 18, 2025 to April 25, 2025.

　　　　This is the parties' first stipulation to extend time to respond. The parties request this brief extension to accommodate discussion to remand back to state court, potential removal of existing causes of action per agreement, and potential settlement of all claims.

　　　　This request is made in good faith and not for the purpose of delay.

…

…

1  DATED this 17th day of April, 2025.

2

3  **MARSHALL INJURY LAW**

4

5  */s/ Eric L. Marshall, Esq.*
Eric L. Marshall, Esq.
6  Nevada Bar 8847
3333 East Serene Avenue, Suite 120
7  Henderson, Nevada 89074
*Attorney for Plaintiff Bridgett Bowling*
8

9

10  **SPENCER FANE, LLP**

11

12  */s/ Mary E. Bacon, Esq.*
Mary E. Bacon, Esq.
13  300 South Fourth Street, Suite 950
Las Vegas, Nevada 89101
14  *Attorney for Defendant Garrison*
*Property and Casualty Insurance Company*
15

**ORDER**

IT IS SO ORDERED. Denied without prejudice. For various reasons, LR IA 6-2 requires the judicial signature block to appear on the same page as the last substantive matter. The parties may submit an amended stipulation in compliance with LR IA 6-2.



_____
United States Magistrate Judge
4-21-25

Page 2 of 2