Eric Marshall, Esq.
Nevada Bar No. 8847
MARSHALL INJURY LAW
3333 East Serene Avenue, Suite 120
Henderson, Nevada 89074
Telephone: (702) 489-5700
Facsimile: (702) 446-0092
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGETT BOWLING,<br><br>　　　　Plaintiff<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY dba USAA; a Foreign (Insurance) Corporation; GARRISON PROPERTY AND CASUALTY, a Foreign (Insurance) Corporation; DOES I through X; and ROE CORPORATIONS I through XX, inclusive;<br><br>　　　　Defendants | Case Number: 2:25-cv-00574-CDS-MDC<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT GARRISON'S MOTION TO DISMISS PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION AND REQUESTS FOR PUNITIVE DAMAGES AND ATTORNEYS' FEES (FIRST REQUEST)**<br><br>[ECF No. 14] |

Plaintiff, Bridgett Bowling ("Plaintiff"), and Defendant, Garrison Property and Casualty Insurance Company ("Defendant") have agreed to extend the time for the Plaintiff to response to Defendant's Motion to Dismiss Plaintiff's Second and Third Causes of Action and Requests for Punitive Damages and Attorneys' Fees for one week, from April 18, 2025 to April 25, 2025.

…

…

…

…

…

…

…

This is the parties' first stipulation to extend time to respond. The parties request this brief extension to accommodate discussion to remand back to state court, potential removal of existing causes of action per agreement, and potential settlement of all claims.

This request is made in good faith and not for the purpose of delay.

DATED this 22nd day of April, 2025.

**MARSHALL INJURY LAW**

*/s/ Eric L. Marshall, Esq.*
Eric L. Marshall, Esq.
Nevada Bar 8847
3333 East Serene Avenue, Suite 120
Henderson, Nevada 89074
*Attorney for Plaintiff Bridgett Bowling*


**SPENCER FANE, LLP**

*/s/ Mary Bacon, Esq.*
Mary E. Bacon, Esq.
300 South Fourth Street, Suite 950
Las Vegas, Nevada 89101
*Attorney for Defendant Garrison Property and Casualty Insurance Company*

The parties' stipulation **[ECF No. 14] is approved**, therefore plaintiff Bridgett Bowling's deadline to respond to defendant Garrison Property and Casualty Insurance Company's motion to dismiss (ECF No. 8) is extended to April 25, 2025.

Dated: April 23, 2025

_____
Cristina D. Silva
United States District Judge