UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Bridgett Bowling,

        Plaintiff

v.

USAA Casualty Insurance Company, et al.,

        Defendants

Case No. 2:25-cv-00574-CDS-MDC

**Order Granting Defendant USAA Casualty Insurance Company's Unopposed Motion to Dismiss**

[ECF No. 8]

      This is a car accident action brought by plaintiff Bridgett Bowling, that was removed from the Eighth Judicial District Court, Clark County, Nevada by defendants USAA Casualty Insurance Company ("USAA CIC") and Garrison Property and Casualty Insurance Company. *See* Removal notice, ECF No. 1. USAA CIC moved to dismiss this action on April 4, 2025. Mot. to dismiss, ECF No. 8. On April 16, 2025, Bowling filed a notice of non-opposition to USAA CIC's motion to dismiss. Non-opp'n, ECF No. 10.[1]

      Therefore, IT IS HEREBY ORDERED that defendant USAA Casualty Insurance Company's motion to dismiss **[ECF No. 8] is GRANTED**, and USAA Casualty Insurance Company is dismissed without prejudice.

Dated: April 24, 2025

                                    _____
                                    Cristina D. Silva
                                    United States District Judge

---

[1] Bowling's non-opposition was to USAA CIC's dismissal motion at ECF No. 8 only. The parties have stipulated to extend the time for Bowling to file an opposition to defendant Garrison Property and Casualty Insurance Company's motion to dismiss (ECF No. 7). Stip., ECF No. 14. A separate order issued approving that stipulation. ECF No. 16.