Eric Marshall, Esq.
Nevada Bar No. 8847
MARSHALL INJURY LAW
3333 East Serene Avenue, Suite 120
Henderson, Nevada 89074
Telephone: (702) 489-5700
Facsimile: (702) 446-0092
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIDGETT BOWLING,<br><br>        Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY dba USAA; a Foreign (Insurance) Corporation; GARRISON PROPERTY AND CASUALTY, a Foreign (Insurance) Corporation; DOES I through X; and ROE CORPORATIONS I through XX, inclusive;<br><br>        Defendant. | Case Number: 2:25-cv-00574-MDC<br><br>**(FIRST REQUEST)**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT GARRISON'S NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

Plaintiff, Bridgett Bowling ("Plaintiff"), and Defendant, Garrison Property and Casualty Insurance Company ("Defendant") have agreed to extend the time for the Plaintiff to respond to Defendant's Notice to Adverse Party of Removal to Federal Court and filing of Motion to Remand. Plaintiff and Defendant have agreed to extend the time from April 28, 2025 to May 9, 2025.

This is the parties' first stipulation to extend time to respond to Defendant's Notice to Adverse Party of Removal to Federal Court and filing of Motion to Remand.

…

…

…

MARSHALL INJURY LAW
3333 East Serene Avenue, Suite 120, Henderson, Nevada 89074
Phone: (702) 489-5700 | Fax: (702) 446-0092

1       The parties request this brief extension as they continue exploring settlement options and

2   discuss the substance of an ongoing Motion to Dismiss that may affect the Motion to Remand.

3       This request is made in good faith and not for the purpose of delay.

4

5   DATED this 24th day of April, 2025.

6

7   **MARSHALL INJURY LAW**

8   */s/ Eric L. Marshall, Esq.*
    Eric L. Marshall, Esq.

9       Nevada Bar 8847
    3333 East Serene Avenue, Suite 120

10  Henderson, Nevada 89074
    *Attorney for Plaintiff Bridgett Bowling*

11

12  **SPENCER FANE, LLP**

13  */s/ Mary E. Bacon, Esq.*

14  Mary E. Bacon, Esq.
    300 South Fourth Street, Suite 950

15  Las Vegas, Nevada 89101
    *Attorney for Defendant Garrison*

16  *Property and Casualty Insurance Company*

17

18      **ORDER:** Plaintiff shall  respond to Defendant's
    Notice to Adverse Party of Removal to Federal

19      Court and filing of Motion to Remand by **May 9,**
    **2025**

20

21

22

23

24

25  _____

26  UNITED STATES MAGISTRATE JUDGE
    4-25-25

27

28

MARSHALL INJURY LAW
3333 East Serene Avenue, Suite 120, Henderson, Nevada 89074
Phone: (702) 489-5700 | Fax: (702) 446-0092

Page 2 of 2