Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile:  702.938.8648

*Attorneys for USAA Casualty Insurance Company and Garrison Property and Casualty Insurance Company erroneously named Garrison Property Insurance and Casualty*

## UNITED STATES DISTRICT COURT

## DISTRICT COURT OF NEVADA

| | |
|---|---|
| BRIDGETT BOWLING,<br><br>        Plaintiff<br><br>vs.<br><br>USAA CASUALTY INSURANCE dba USAA; a Foreign (Insurance) Corporation; GARRISON PROPERTY AND CASUALTY, a Foreign (Insurance) Corporation; DOES I through X; and ROE CORPORATIONS I through XX, inclusive,<br><br>        Defendants | Case No.: 2:25-cv-00574-CDS-MDC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, Bridgett Bowling ("Plaintiff") and Defendant USAA Casualty Insurance Company ("USAA CIC") and Garrison Property and Casualty Insurance Company ("Garrison") (collectively, the "Defendants") by and through their respective counsel of record hereby stipulate and agree to dismiss Plaintiff's Complaint with prejudice. Each party will bear its own fees and costs.

/ / /

/ / /

/ / /

Dated this 13th day of May, 2025.

MARSHALL INJURY LAW

/s/ Eric Marshall
Eric Marshall, Esq.
Nevada Bar No. 8847
3333 East Serene Avenue, Suite 120
Henderson, Nevada 89074
Telephone: 702.489.5700
Facsimile: 702.446.0092
*Attorneys for Plaintiff*

Dated this 13th day of May, 2025.

SPENCER FANE LLP

/s/ Mary E. Bacon
Mary E. Bacon, Esq.
Nevada Bar No. 12686
Jessica E. Chong
Nevada Bar No. 13845
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8642
*Attorneys for USAA Casualty Insurance Company and Garrison Property and Casualty Insurance Company*

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: May 16, 2025